UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>DOUGLAS KENOYER, an individual and LPL FINANCIAL LLC,<br><br>          Defendants. | NO.<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

This matter comes before the Court on Plaintiff Ameriprise Financial Services, LLC's ("Plaintiff") motion for temporary restraining order. The Court has considered the papers filed in support of and in opposition to this motion, as well as the argument of counsel for each party.

For the reasons stated below, the Court GRANTS the motion as follows.

1.    The Court has jurisdiction over the subject matter of this action and jurisdiction over the Defendants Douglas Kenoyer ("Kenoyer") and LPL Financial LLC ("LPL") (collectively, "Defendants").

2.    On _____, 2024, Plaintiff gave counsel for Defendants notice that it would be filing its Motion.

3.  On _____, 2024, Plaintiff served copies of its Motion and all supporting declarations on Defendants.

4.  Kenoyer is bound by a valid and enforceable non-solicitation covenant in his Independent Advisor Business Franchise Agreement with Plaintiff, which prohibits him, without limitation, from (a) using or disclosing Plaintiff's confidential information or trade secrets for his own benefit or that of any third-party, including any subsequent employer; and (b) soliciting Plaintiff's employees and current customers during his employment and for a period of 12 months thereafter.

5.  Plaintiff has a clear legal and equitable right to protect its legitimate business interests.

6.  Plaintiff has met its burden to show a likelihood of success on the merits of its claims against Defendants. Specifically, Plaintiff has demonstrated a likelihood of succeeding on its claims for breach of contract against Kenoyer for his use and disclosure of Plaintiff's confidential information. Plaintiff has also demonstrated a likelihood of succeeding on its claims for misappropriation of trade secrets under the Defend Trade Secrets Act and the Washington Uniform Trade Secrets Act against both Defendants.

7.  Plaintiff will suffer irreparable harm if Defendants are permitted to continue the conduct that Plaintiff complains of in this action, including without limitation using Plaintiff's confidential, proprietary, and trade secret information to solicit Plaintiff's clients, solicit Plaintiff's employees, and otherwise improperly interfere with Plaintiff's business relationships.

8.  Plaintiff has no other adequate remedy at law because injuries to its business relationships and goodwill are difficult to quantify with reasonable accuracy.

9.  The issuance of a restraining order will serve the public interest in the enforcement of valid contracts, protection of proprietary business and customer information, and protection of trade secrets. There is no corresponding detriment to Defendants.

10. There are no equitable or other reasons why Plaintiff is not entitled to a restraining order.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

This Court hereby enters a temporary restraining order ("TRO") that:

1. Defendants are enjoined from further misusing, disclosing, or possessing Plaintiff's confidential, proprietary, and trade secret information;

2. Defendants are required to return all Plaintiff's confidential, proprietary, and trade secret information (whether electronic, hardcopy, or otherwise) within 24 hours of entry of this Order so that Defendants no longer have access to, or possession of, such information;

3. Defendants are prohibited from soliciting any current client serviced by Defendant Kenoyer at Plaintiff or whose names became known to Kenoyer by virtue of his employment with Ameriprise (or any of its predecessors in interest.

4. Defendants are prohibited from soliciting any employee of Plaintiff.

5. This Order shall remain in full force and effect until such time as this Court specifically orders otherwise;

6. This Order is effective immediately and does not require the posting of an injunction bond.

DATED this _____ day of October, 2014 at _____ a.m./p.m.

_____
THE HONORABLE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER – 3

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

Presented by:

FOSTER GARVEY PC

By: *s / Matthew Kelly*
    Diana S. Shukis, WSBA #29716
    diana.shukis@foster.com
    Matthew R. Kelly, WSBA #48050
    matthew.kelly@foster.com
    FOSTER GARVEY PC
    1111 Third Avenue, Suite 3000
    Seattle, Washington 98101
    (206) 447-4400

SHUMAKER, LOOP & KENDRICK, LLP

By: *s/ Brandon M. Taaffe*
    Michael S. Taaffe, Esq., Fla. Bar No. 490318
    mtaaffe@shumaker.com
    (*Pro Hac Vice* Admission pending)
    Brandon M. Taaffe, Esq., Fla. Bar No. 118932
    btaaffe@shumaker.com
    (*Pro Hac Vice* Admission pending)
    James E. Fanto, Esq., Fla. Bar No. 1004144
    jfanto@shumaker.com
    (*Pro Hac Vice* Admission pending)

    SHUMAKER, LOOP & KENDRICK, LLP
    240 South Pineapple Avenue
    Post Office Box 49948
    Sarasota, Florida 34230-6948
    (941) 366-6660

Counsel for Plaintiff AMERIPRISE FINANCIAL SERVICES, LLC