1          THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
9                                AT SEATTLE

10   AMERIPRISE FINANCIAL SERVICES, LLC,
                                                      NO. 2:24-cv-01675
11              Plaintiff,
                                                      PLAINTIFF AMERIPRISE FINANCIAL
12        v.                                          SERVICES, LLC'S NOTICE OF FINRA
                                                      PANEL DECISION RELATED TO THIS
13   DOUGLAS KENOYER, an individual and LPL           COURT'S TEMPORARY RESTRAINING
     FINANCIAL LLC,                                   ORDER AGAINST DEFENDANTS
14
                Defendants.
15

16

17        Plaintiff Ameriprise Financial Services, LLC, by and through undersigned counsel and in

18   accordance with this Court's October 24, 2024 Order (ECF No. 51; the "Order") granting Ameriprise's

19   Motion for Temporary Restraining Order (ECF No. 2; the "Motion") hereby provides this notice of a

20   decision issuing from FINRA arbitration related to this Court's Order enjoining Defendant Douglas

21   Kenoyer ("Kenoyer") and Defendant LPL Financial LLC ("LPL").

22        The Court required it should be notified within 14 days of a FINRA Panel decision. *Order* at

23   7. On February 24, 2025, the FINRA Panel issued a decision related to the injunction. Accordingly,

24   pursuant to the Order, Ameriprise now provides notice to this Court.

25

26

NOTICE OF FINRA PANEL DECISION RELATED TO THIS
COURT'S TEMPORARY RESTRAINING ORDER AGAINST
DEFENDANTS – 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

After expedited discovery between the parties, substantial briefing by each party, and four days of evidentiary hearings related to the Order's injunction, the FINRA Arbitration Panel **granted** Ameriprise's request to maintain the injunction against both Defendant Kenoyer and Defendant LPL until the Final Hearing in the FINRA Arbitration matter. *See* FINRA Order on Request for Permanent Injunction, attached **Exhibit A**. In line with this Court's prior ruling, the FINRA Panel found that Defendant Kenoyer:

> [I]s not entitled to protection of the Protocol because he failed to comply with its terms in that he pre-solicited Ameriprise clients, solicited Ameriprise advisors, asked Ameriprise advisors to pre-solicit Ameriprise clients, and took Ameriprise confidential information that would be allowed under the protection of the Protocol, if eligible, as well as information not allowed under the Protocol.

*Id.* at 6. Accordingly, the Panel found that Ameriprise "has shown a substantial likelihood of success on the merits [because] the evidence presented strongly indicates Respondent Douglas Kenoyer engaged in the misconduct as alleged by [Ameriprise.]" *Id.* The Panel further found that "Ameriprise would suffer irreparable harm in loss of reputation, goodwill and business relationships if the Panel did not continue the temporary restraining order[.]" *Id.* at 7.

Accordingly, the Panel ruled, "***the injunctive relief granted herein shall be in effect until such time as a final award is entered in this matter***." *Id.* at 6. The matter will now proceed on the typical course for FINRA Arbitration until a final award is rendered.

DATED this 25th day of February, 2025

NOTICE OF FINRA PANEL DECISION RELATED TO THIS
COURT'S TEMPORARY RESTRAINING ORDER AGAINST
DEFENDANTS – 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SHUMAKER, LOOP & KENDRICK, LLP

By:  *s/ Michael S. Taaffe*
      Michael S. Taaffe, Esq., Fla. Bar No. 490318
      mtaaffe@shumaker.com
      (Admitted *Pro Hac Vice*)
      Brandon M. Taaffe, Esq., Fla. Bar No. 118932
      btaaffe@shumaker.com
      (Admitted *Pro Hac Vice*)
      James E. Fanto, Esq., Fla. Bar No. 1004144
      jfanto@shumaker.com
      (Admitted *Pro Hac Vice*)
      240 South Pineapple Avenue
      Post Office Box 49948
      Sarasota, Florida 34230-6948
      (941) 366-6660
      (941) 366-3999 (fax)

FOSTER GARVEY PC

By: *s/ Matthew Kelly*
      Diana S. Shukis, WSBA #29716
      Matthew Kelly, WSBA #48050
      FOSTER GARVEY PC
      1111 Third Avenue, Suite 3000
      Seattle, Washington 98101
      (206) 447-4400
      diana.shukis@foster.com
      matthew.kelly@foster.com

NOTICE OF FINRA PANEL DECISION RELATED TO THIS
COURT'S TEMPORARY RESTRAINING ORDER AGAINST
DEFENDANTS – 3

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

1

**CERTIFICATE OF SERVICE**

2

       I certify that on February 25, 2025, I electronically filed the foregoing document with the Clerk

3

of the Court via CM/ECF which will notify all parties in this matter who are registered with the Court's

4

CM/ECF filing system of such filing.

5

6

       DATED this __25th___ day of February, 2025.

7

8

                     *s/ Michael S. Taaffe*

9

                     Michael S. Taaffe, FL Bar 490318
                     (admitted *Pro Hac Vice)*
                     mtaaffe@shumaker.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF FINRA PANEL DECISION RELATED TO THIS
COURT'S TEMPORARY RESTRAINING ORDER AGAINST
DEFENDANTS – 4

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700