THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS KENOYER, an individual and LPL FINANCIAL LLC,<br><br>Defendants. | NO. 2:24-cv-01675<br><br>**DECLARATION OF DAVID TILKIN IN SUPPORT OF PLAINTIFF AMERIPRISE FINANCIAL SERVICES, LLC'S MOTION FOR ORDER TO SHOW CAUSE** |

I, David Tilkin, do hereby declare.

1. I have had the unique opportunity to be engaged with the securities industry for almost 45 years. I began as a broker-trainee for EF Hutton in 1980 and have been a securities industry expert witness since 2006. From 1980 to 2000, I have served as an advisor, assistant branch manager, branch manager, and regional director. I have worked at three firms: EF Hutton, Smith Barney, and Wheat First.

2. During my tenure in the industry, I have recruited scores of advisors from very diverse backgrounds. The recruits represented advisors from broker-dealers, RIAs, independent representative firms, banking institutions, and insurance companies. As a regional director for Wheat First, I opened over twenty new offices, all of which were seeded by new recruits.

DECLARATION OF DAVID TILKIN IN SUPPORT OF PLAINTIFF AMERIPRISE FINANCIAL SERVICES, LLC'S MOTION FOR ORDER TO SHOW CAUSE – 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

3. In 2000, I became the Founder and CEO of Protegent, Inc. Protegent was the first company to bring software and technology to the financial services industry that automated the process of advisor, account, activity, and supervision for the benefit of firms seeking to automate and receive T+1 suitability-based surveillance analysis. By 2004, Protegent was analyzing almost 800,000 transactions per day, 24 million per month, and over 27,000 advisors. Users included Wachovia, Wells Fargo, Fifth Third Bank, Stifel Nicolaus, Janney Montgomery Scott, Lehman, John Hancock, Piper Jaffrey, RW Baird, and others.

4. In 2005, I sold Protegent to SunGard, Inc., and became the Global Director of Compliance Product and Service until I fulfilled my work commitment and opened my expert witness practice in 2006.

5. I have been retained over 200 times and testified over 80 times in various venues, including FINRA, AAA, JAMS, the Securities and Exchange Commission, and various judicial venues. I testified in my first raiding/data case in 2008. I have been accepted as an expert on every opportunity to testify or offer a submission.

6. I am aware of the October 25, 2024 Injunction Order issued by this Court requiring Defendants to return Ameriprise client information within 72 hours and that Mr. Kenoyer recently "found" and returned 1,641 pages of Ameriprise client information after the FINRA panel extended this Court's Injunction.

7. As a registered representative, Defendant Kenoyer is supervised by Defendant LPL who is required under FINRA Rules such as Rule 3110(c) to periodically review the offices and computer systems of Mr. Kenoyer.

8. As a Defendant who is also subject to the same order and as part of its supervisory responsibilities, LPL had a responsibility and duty to facilitate and oversee Mr. Kenoyer's adherence to this Court's Order.

9. In that LPL is solely and singly responsible for advisor supervision and adherence to industry rules and regulations, LPL should have presented the details and nuances of the Order

DECLARATION OF DAVID TILKIN IN SUPPORT OF PLAINTIFF
AMERIPRISE FINANCIAL SERVICES, LLC'S MOTION FOR ORDER TO
SHOW CAUSE – 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

to Mr. Kenoyer, explained them in operational language, monitored compliance, and memorialized the entire process.

10. If LPL simply asked Mr. Kenoyer whether he complied without executing oversite and supervision, and monitoring compliance, it would be derelict in its supervisory duties.

11. To the extent Mr. Kenoyer solicited clients after and in violation of this Court's Order, Defendant LPL stands to directly benefit as the clients become LPL clients and they immediately begin earning fees on client assets that transfer to LPL.

12. LPL had an obligation to ensure its representatives were not soliciting clients in violation of this Court's Order and maintained a compliance supervisory duty to ensure that its representatives were abiding by all applicable rules, regulations and Court Orders.

[*signature on next page*]

DECLARATION OF DAVID TILKIN IN SUPPORT OF PLAINTIFF AMERIPRISE FINANCIAL SERVICES, LLC'S MOTION FOR ORDER TO SHOW CAUSE – 3

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed at Hingham, Massachusetts on March 11, 2025.

/s/ David Tilkin

DAVID TILKIN
DECLARATION OF DAVID TILKIN IN SUPPORT OF PLAINTIFF AMERIPRISE FINANCIAL SERVICES, LLC'S MOTION FOR ORDER TO SHOW CAUSE – 4

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700